UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGEL M. BUTTON,

    Plaintiff,

v.                                         Case No: 8:21-cv-2255-KKM-TGW

CHRISTOPHER GARDY PAUL
and JENNIFER SANDERSON
DAVIS,

    Defendants.
_____

## ORDER

After this Court dismissed her first two complaints as shotgun pleadings, pro se plaintiff Angel Button filed the Second Amended Complaint against Defendants Deputy Christopher Gardy Paul and Sergeant Jennifer Sanderson Davis in their individual and official capacity as officers with the Polk County Sheriff's Office. (Doc. 19.) Defendants move to dismiss, (Doc. 22), which Button opposes, (Doc. 30). The motion was referred to the Magistrate Judge who issued a Report and Recommendation. (Doc. 35.)

After reviewing the Motion, the Magistrate Judge issued a Report recommending that this Court grant Defendants' motion to dismiss and dismiss the case with prejudice. (Doc. 35.) The fourteen-day deadline for Button to object to the Magistrate Judge's Report

has passed, and she has not filed an objection. Nevertheless, this Court reviews the Magistrate Judge's conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019) (Steele, J.).

After a careful and complete review, the Court concludes that the Motion should be granted for the reasons stated in the Magistrate Judge's Report. (Doc. 35.) Because this is the third iteration of Button's claims and she has repeatedly failed to cure the deficiencies in her complaints, the Second Amended Complaint is dismissed with prejudice.

Accordingly, the following is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 35) is **ADOPTED** and made a part of this Order for all purposes, including appellate review.

2. Defendants' Motion to Dismiss (Doc. 22) is **GRANTED with prejudice.**

3. The Clerk is directed to **ENTER JUDGMENT** in favor of Defendants, to **TERMINATE** any pending motions and deadlines, and to **CLOSE** this case.

ORDERED in Tampa, Florida, on August 16, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**